# CRIMINAL COMPLAINT

## United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
Bryan William David SICARD

DOB: xx-xx-1979
United States Citizen

**DOCKET NO.**

**MAGISTRATE'S CASE NO.**

19-09335MJ

Complaint for violation of Title 18  United States Code §§ 922(g)(1) and 924(a)(2)

### COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October, 30, 2019, at or near Tucson, in the District of Arizona, Bryan William David SIACRD, knowingly having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one Springfield model XDS-9 9mm pistol, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 22, 2003, Bryan William David SICARD was convicted in United States District Court, District of Arizona, Tucson Division, case number 4:02-cr-00892, of possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(viii), a crime punishable by imprisonment for a term exceeding one year. SICARD was sentenced to serve a term of imprisonment of 110 months.

On October 30, 2019, law enforcement agents executed a federal search warrant number at SICARD's residence. SICARD was seen leaving his residence several minutes before agents arrived on scene to secure it. No other individuals were present in the residence at the time the search warrant was executed. The residence is approximately 750 square feet in size and consists of one bedroom and an office. Agents located a Springfield model XDS-9 9mm pistol in plain view inside the office, on top of a closed laptop computer. Financial paperwork belonging to SICARD, which included his name and same residence address, was located near the firearm. An interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives examined the firearm and determined it was not produced in Arizona, and subsequently affected interstate commerce.

### MATERIAL WITNESSES IN RELATION TO THE CHARGE:

N/A

**REQUEST DETENTION**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA [signature]

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1] [signature]

**SIGNATURE OF COMPLAINANT** [signature]

**OFFICIAL TITLE**
Alexander Tisch, ATF Special Agent

**DATE**
October 31, 2019

[1] See Federal rules of Criminal Procedure Rules 3 and 54